UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.,

              Plaintiff,

-against-

MARIANNE CALICCHIO,

              Defendant.

**ORDER**

24-CV-03469 (PMH)

PHILIP M. HALPERN, United States District Judge:

      This action was commenced with the filing of the Complaint on May 6, 2024. (Doc. 1). On September 24, 2024, the Court issued an Order to Show Cause for a default judgment of foreclosure and sale. (Doc. 18). Thereafter, counsel appeared on behalf of Defendant (Doc. 21) and the Court granted Defendant's request for an extension of time to respond to the Order to Show Cause to November 25, 2024 (Doc. 23). On November 26, 2024, Defendant filed two Answers to the Complaint. (Docs. 25-26). Accordingly, Defendant is directed to, by **December 6, 2024**, file a letter of no more than five double-spaced pages explaining: (i) why two versions of her Answer were filed; and (ii) why she did not make an application to vacate the Clerk's Certificate of Default (Doc. 13).

      Moreover, a telephonic status conference has been scheduled in this matter for **December 9, 2024 at 12:00 p.m.** At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

SO ORDERED:

Dated: White Plains, New York
       November 27, 2024

_____
PHILIP M. HALPERN
United States District Judge

1