UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEN MOUNTAIN HOLDINGS
(CAYMAN) LTD.,

                               Plaintiff,

-against-

MARIANNE CALICCHIO FASULLO,

                              Defendant.

**ORDER**

24-CV-03469 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On December 6, 2024, the Court received notice that Defendant Marianne Calicchio Fasullo filed a Chapter 13 Petition for Bankruptcy in the United States Bankruptcy Court for the Southern District of New York. (*See* In re Marianne Calicchio, No. 24-36168-kyp (Bankr. S.D.N.Y.)). Accordingly, it is hereby ORDERED that the claims in this action are stayed pursuant to 11 U.S.C. § 362.

    Further, it is hereby ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty (30) days from the conclusion of the bankruptcy proceeding or other vacatur of the automatic stay.[1] All conferences are CANCELED.

---

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

SO ORDERED:

Dated: White Plains, New York
       December 6, 2024

_____
Philip M. Halpern
United States District Judge